# AFFIDAVIT IN SUPPORT OF A
# CRIMINAL COMPLAINT

I, Owen McDaniel, being first duly sworn, hereby state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Captain with the Blue Ridge Parkway Law Enforcement Division. I am the senior law enforcement supervisor within the South District of the Blue Ridge Parkway, a unit of the National Park Service, and have been since May of 2022. Before then, I served as a Supervisory (Sergeant) Law Enforcement Officer and field Law Enforcement Officer with the National Park Service, serving since 2012 in the following states: NC, VA, MD, PA, NJ and CA. During my tenure, I have completed approximately 1000 hours of instruction at the Federal Law Enforcement Training Center in Glynco, Georgia (FLETC) and approximately 700 hours of instruction at Temple University's Seasonal Law Enforcement Training Program in Philadelphia, PA. While at FLETC and Temple, I completed numerous blocks of instruction and labs that enabled me to identify moving traffic violations and effectively executing traffic stops.

2. As part of my duties, I enforce federal laws and the laws of the state of North Carolina, including traffic enforcement. Throughout my career I have conducted misdemeanor and felony investigations and made arrests under provisions of applicable state and federal law to include: moving traffic

1

violations, reckless driving, fleeing to elude, possession of controlled substances (heroin, methamphetamine, cocaine, MDMA, marijuana, fentanyl), DUI, assault and battery, firearms violation, domestic assault, battery on a peace officer, assault with a deadly weapon, kidnapping, sexual assault, burglary, disorderly conduct, public intoxication, vandalism, resource violations, among numerous other state and federal statutes.

3.     This Affidavit is intended to show merely that there is sufficient probable cause for the requested complaint. The facts set forth in this Affidavit are based on my personal knowledge, information obtained during my participation in this investigation, information from others, including law enforcement officers, my review of documents and computer records related to this investigation, and information gained through my training and experience.

4.     I have set forth only the facts necessary to establish probable cause to believe that Brandon James COLBERT has committed violations of North Carolina General Statues Section 20-141.5(a), (b), and Title 18, United States Code, Section 13.

## **PROBABLE CAUSE**

5.     At 8:31 p.m. on July 22, 2026, officers with the National Park Service were conducting DUI saturation patrol near Mile Post 386 of the Blue

Ridge Parkway, an area within the special maritime and territorial jurisdiction of the United States, in Buncombe County, within the Western District of North Carolina.

6.   At that location, I saw a motorcycle driving at 63 mph in a posted 35 mph zone. I activated the emergency lights and siren on my marked patrol vehicle and attempted to stop the driver of the motorcycle. At that point the driver increased his speed and I lost sight of the motorcycle. Officer Card saw the motorcycle at MP 387 and confirmed it was moving at 94 mph in a posted 35 mph zone. Officer Card activated the lights and sirens on his marked patrol vehicle and pursued the motorcycle. He soon lost sight of the motorcycle due to the extreme speed.

7.   Near MP 388, Officers Malionek and Paxton were able to slow traffic to a stop in the southbound lane. The driver of the motorcycle was unable to drive around the traffic, and officers took him into custody. The driver was identified as Brandon James COLBERT.

8.   A records check confirmed that COLBERTS' North Carolina driver's license was suspended indefinitely on December 12, 2025, and remains suspended.

9.   I know that North Carolina General Statutes Section 20-141.5(a) prohibits a driver from fleeing or attempting to elude a law enforcement officer

3

lawfully performing his duties. I know subsection (b) of that statute makes it a felony when two or more aggravating factors are present at the time the violation occurs. Based on the information set forth in this Affidavit, I submit there is probable cause to believe that Brandon James COLBERT has violated North Carolina General Statues Section 20-141.5(a), (b) (felony speeding to elude arrest) and Title 18, United States Code, Section 13, by speeding in excess of 15 miles per hour over the legal speed limit and driving when his driver's license was revoked or otherwise suspended.

*This Affidavit was reviewed by Assistant United States Attorney Alex M. Scott.*

/s/ Owen McDaniel
Date: July 23, 2026
Captain, National Park Service

In accordance with Rule 4.1(b)(2)(A), the Affiant attested under oath to the contents of this Affidavit, which was submitted to me by reliable electronic means, on this 23rd day of July, 2026, at 4:30 PM

W. Carleton Metcalf
United States Magistrate Judge

4