# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

RECEIVED
UNITED STATES MARSHAL

8:19 am, Jul 24 2026

WESTERN NORTH CAROLINA
ASHEVILLE

| | |
|---|---|
| United States of America v. | ) ) ) ) ) ) ) |
| BRANDON JAMES COLBERT _Defendant_ | ) |

Case No. 1:26-mj-00032-WCM

FILED
Asheville
Jul 24 2026
U.S. District Court
Western District of N.C.

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     BRANDON JAMES COLBERT                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
On July 22, 2026, Brandon James Colbert engaged officers in a vehicle pursuit within the special maritime and territorial jurisdiction of the United States, and within the Western District of North Carolina, and in doing so, drove more than 15 mph in excess of the speed limit, and did so while his privilege to drive was revoked. All in violation of North Carolina General Statutes Section 20-141.5(a), (b), and Title 18, United States Code, Section 13.

_W. Carleton Metcalf_
W. Carleton Metcalf
United States Magistrate Judge

*Issuing officer's signature*

Date:  07/23/2026
4: 30 PM

City and state:     Asheville, North Carolina

The Hon. W. Carleton Metcalf, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 7/24/2026, and the person was arrested on *(date)* 7/24/2026 at *(city and state)* Asheville, NC . |
| Date: 7/24/2026     _Justin Skowei_ *Arresting officer's signature*     JUSTIN SKOWEI  DUSM *Printed name and title* |